**No. 52094.**—Van B. Moler Co., Inc., et al. *v.* United States, protests 707329–G, etc. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JANUARY 5, 1948

**No. 52095.**—Kwong Mee Yuen et al. *v.* United States, protests 970851–G, etc. (New York).

Opinion by CLINE, J. Certain items of the merchandise stipulated to consist of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342) were held dutiable at 1 cent per pound under paragraph 743 as oranges. Other items of the merchandise stipulated to consist of drugs the same as those involved in *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) were held entitled to free entry under paragraph 1669 as crude drugs.

**No. 52096.**—C. J. Tower & Sons *v.* United States, protests 125673–K, etc.(Buffalo).

Opinion by CLINE, J. In accordance with stipulation that the merchandise consists of rhubarb similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (19 Cust. Ct. 12, C. D. 1060) the claim at 35 percent under paragraph 752 was sustained.

**No. 52097.**—Hallett & Carey Co. *v.* United States, protest 110822–K (Cleveland).

Opinion by CLINE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919). In accordance therewith the claim for free entry was sustained.